1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Dominique Juliet Park
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone:  (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

7
8          UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF WASHINGTON
9

10  UNITED STATES OF AMERICA,          2:20-CR-176-TOR
11              Plaintiff,             INDICTMENT
12          v.                         Vio:  18 U.S.C. § 1709
13                                           Theft of Mail by
14  STUART EUGENE HEBERLEIN,                 Postal Employee
15              Defendant.
16

17
18      The Grand Jury charges:

19      Beginning on or about November 1, 2018, and continuing until on or about

20  September 30, 2019, in the Eastern District of Washington, the Defendant,

21  STUART EUGENE HEBERLEIN, a United States Postal Service employee, did

22  unlawfully embezzle, steal, and remove any package, mail, or any article or thing

23  contained therein which had been entrusted to him or which came into his

24  possession intended to be conveyed by mail and carried and delivered by any

25  //
26  //
27  //
28

INDICTMENT – 1

1  carrier or other person employed in any department of the Postal Service, in
2  violation of 18 U.S.C. § 1709.
3      DATED this _____ day of December, 2020.
4
5                          A TRUE BILL
6
7
8                                                —
9
10
11  _____
12  William D. Hyslop
    United States Attorney
13
14
15  _____
16  Dominique Juliet Park
    Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT – 2